# Exhibit D

International Paper – Valliant Mill
890 IP Lane
Valliant, Oklahoma 74764
580-933-1340



### BILL TO
DeQueen & Eastern Railroad
412 E Lockesburg Street
De Queen, AR 71832

| DESCRIPTION | TOTAL |
|---|---|
| Mill Water Line Temporary Repair – August 2018 | $32,853.35 |
| Mill Water Line – Permanent Repair - 2020 | $20,000.00 |
| | |
| TOTAL | $52,853.35 |



# INVOICE

### DeQueen and Eastern Railroad
a subsidiary of Patriot Rail Company LLC

412 E Lockesburg Street
De Queen, AR 71832
(904) 412-9084
RevenueGroup@patriotrail.com

INVOICE NO.  **09-2019-19D**
DATE  09/18/19
CUSTOMER ID  1001669

TO  Brink Engineering Solutions, LLC
11182 Lawrence 2130
Mount Vernon, MO 65712

| PURCHASE ORDER # | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
|  |  | Due 30 days upon receipt | 10/18/19 |

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
|  | **International Paper Water Line Repairs** |  |  |
|  | International Paper Company Invoice | $ 52,853.35 | 52,853.35 |

SUBTOTAL  $ 52,853.35
SALES TAX  -
TOTAL  $ 52,853.35

Remit Payment to:

DeQueen and Eastern Railroad
Patriot Rail Company LLC
PO BOX 844245
Boston MA 02284-4245

**THANK YOU FOR YOUR BUSINESS!**
Contact us for electronic payment options

