# Exhibit E



**DeQueen and Eastern Railroad**

October 3, 2018

<u>**VIA FEDEX**</u>

Mr. Robert Brink
Brink Engineering Solutions, LLC
11182 Lawrence 2130
Mount Vernon, MO 65712

      Re: **August 16, 2018 Fiber Optic and Water Supply Line Break at International Paper Company's Valliant, Oklahoma Containerboard ("IP")**

Dear Mr. Brink:

This letter shall serve as the DeQueen and Eastern Railroad, LLC's ("DQE") tender placing Brink Engineering Solutions, LLC ("Brink Engineering") and its insurers on notice regarding the above-referenced incident.

By way of a brief background, on August 16, 2018, Brink Engineering damaged the water supply line, including the line's vent pipes, and severed a fiber optic cable while working on the DQE's railroad track. Additionally, the damage to the pipe and vents resulted in an approximately 80-foot water geyser. IP immediately commenced temporary repairs to the damaged pipes and fiber optic cable. As of August 31, 2018, IP has estimated Phase I and Phase II repair costs at $50,000.00 to $55,000.00. These costs do not include Phase III repair costs, which are not yet estimable.

Pursuant to the Contract for Services ("Agreement") between Brink Engineering and the DQE entered into on March 16, 2018, Brink Engineering is obligated to indemnify and hold harmless the DQE from any claims, damages, injuries, costs, and expenses. Please confirm receipt of the DQE's notice and confirmation of your acceptance of this claim by replying to this letter by October 19, 2018. In the interim, please feel free to contact me with any questions.

Sincerely,

*[signature]*

Bradley S. Gordon, Esq.
Legal Counsel



## Shipment Receipt

### Address Information

**Ship to:**
Robert Brink
Brink Engineering Solutions, LLC
11182 Lawrence 2130

MOUNT VERNON, MO 65712
US
4173923245

**Ship from:**
Brad Gordon
Patriot Rail Company LLC

10060 Skinner Lake Drive
3rd Floor
JACKSONVILLE, FL 32246
US
9045139029

### Shipment Information:
Tracking no.: 773389281393
Ship date: 10/03/2018
Estimated shipping charges: 22.62 USD

### Package Information
Pricing option: FedEx Standard Rate
Service type: Priority Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.20 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

### Billing Information:
Bill transportation to: Patriot Rail Company LLC-765
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

### Please Note
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.