# Exhibit F



**DeQueen and
Eastern Railroad**

March 31, 2020

**VIA FEDEX**

Mr. Robert Brink
Brink Engineering Solutions, LLC
11182 Lawrence 2130
Mount Vernon, MO 65712

      Re: August 16, 2018 Water Supply Line Break at International Paper Company's Valliant, Oklahoma Containerboard ("IP")

Dear Mr. Brink:

Despite my October 3, 2018 letter, providing notice and tender of the above referenced incident, it has become apparent that Brink Engineering Solutions, LLC ("Brink Engineering") intends to ignore its obligations to DeQueen and Eastern Railroad, LLC ("DQE") as outlined by the March 26, 2018 Contract for Services ("Agreement"). As such, this letter shall serve as a formal demand for Brink Engineering and its insurers to remit payment in the amount of $52,853.35 for damages suffered by DQE as a result of the above-referenced incident.

As mentioned in my October 3, 2018 letter, on August 16, 2018, Brink Engineering, through its employee(s), contractor(s), vendor(s) and/or authorized agents, damaged a water supply line owned by International Paper ("IP"), including the line's vent pipes, and severed a fiber optic cable while working on the DQE's railroad track. IP immediately commenced and completed two phases of repair, the cost for which was satisfied by DQE. It is this amount, specifically referenced above, that DQE now seeks.

Pursuant to the Agreement between Brink Engineering and the DQE entered into on March 16, 2018, Brink Engineering is obligated to indemnify and hold harmless the DQE from any claims, damages, injuries, costs, and expenses. Please remit payment of the DQE's invoice 09-2019-19D upon receipt of this letter. Please feel free to contact me with any questions.

Sincerely,

Bradley S. Gordon, Esq.
Vice President, Legal