# Exhibit G

# CLAPPER LAW FIRM, LLC

PO Box 215, Galena, Missouri 65656
Phone: 417-357-0315    Fax: 417-357-0316

*Henry S. Clapper*
*Attorney at Law*

*Rachel E. McNamara*
*Paralegal*

April 13, 2020

Bobby S. Gordon, Esq.
Vice President Legal
DeQueen and Eastern Railroad
10752 Deerwood Park Blvd, Ste 300
Jacksonville, Florida 32256

Re: 2018 Water Supply Line Break

Dear Mr. Gordon:

    Be advised I represent Brink Engineering Solutions, LLC in the above-referenced matter.

    Your letter of 31 March 2020 is filled with inaccurate and incorrect statements. My client has not ignored your demands regarding the incident on August 16, 2018. We have previously supplied your company with facts establishing that the party responsible for these damages is Nation Construction, LLC. This party took it upon itself to remove the rented property from the railroad bridge across private property and in the process, they damaged the water main.

    Your reading of any indemnity provisions contained in our contract with you is vastly overbroad in that it would not cover unauthorized actions of third parties contracted by my client to provide rental equipment for use by Brink Engineering.

    Look to the party causing these damages for relief. I believe we have previously provided this information but will do so again. The entity causing this damage was Nation Construction, LLC, PO Box 165, Valiant, Oklahoma 74764.

    All further contact with my client should be directed to my office.

Very truly yours,

*[signature]*

Henry S. Clapper

Cc: Brink Engineering