# Exhibit H

# View Image: Image On-Demand

## ITEM DETAILS

**ACCOUNT NUMBER**

[redacted]

**ACCOUNT NAME**

[redacted]

**POST DATE**

09/30/2019

**AMOUNT**

$52,853.35

**TRANSACTION TYPE**

Checks/Debits

**SEQ / REF #**

[redacted]

**SERIAL #**

[redacted]

## IMAGE FRONT



SRTV Holdings LLC
Dequeen & Eastern Railroad (DQER)
10752 Deerwood Park Blvd Ste. 300
Jacksonville, FL 32256
Vendor 105770

PNC BANK, N.A. 001
63 - 8419 / 2670
09/19/2019   1014926

VOID AFTER 180 DAYS

$********52,853.35*

*** FIFTY-TWO THOUSAND EIGHT HUNDRED FIFTY-THREE and 35/100 *** Dollars

Pay to the Order of:
International Paper Company
890 IP Lane
Valliant MIll TN 74764

John E. Fenton
Authorized Signature

## IMAGE BACK



ENDORSE HERE
FOR DEPOSIT ONLY
International Paper Company
Account # 101431414
PNC Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE