UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEQUEEN AND EASTERN RAILROAD, LLC** <br><br> **Plaintiff** <br><br> v. <br><br> **BRINK ENGINEERING SOLUTIONS, LLC** <br><br> **Defendant** | Case No. 6:22-cv-93-KEW |

\*     \*     \*

| | |
|---|---|
| **BRINK ENGINEERING SOLUTIONS, LLC** <br><br> **Third-Party Plaintiff** <br><br> v. <br><br> **NATION CONSTRUCTION, LLC** <br><br> **Third-Party Defendant** | Case No. 6:22-cv-93-KEW |

### MOTION FOR ADMISSION PRO HAC VICE OF NOAH P. WATSON

Pursuant to LCvR 83.2(f) and 83.3, Defendant/Third-Party Plaintiff, Brink Engineering Solutions, LLC, through local counsel, Vincent O. Chadick, of Quattlebaum, Grooms & Tull PLLC, moves the Court for admission, *pro hac vice*, of Noah P. Watson of Quattlebaum, Grooms,

1

& Tull PLLC, 111 Center Street, Suite 1900, Little Rock, AR 72201. In accordance with the local rules, Plaintiff's counsel informed us that they do not object to this Motion.

As the attached Request for Admission Pro Hac Vice of Noah P. Watson (Exhibit 1) reflects, Mr. Watson is a member in good standing of the jurisdiction to which he has been admitted. Vincent O. Chadick of Quattlebaum, Grooms, & Tull PLLC will remain as local counsel for Defendant/Third-Party Plaintiff, Brink Engineering Solutions, LLC.

Accordingly, Defendant/Third-Party Plaintiff, Brink Engineering Solutions, LLC, requests that the Court grant the relief requested herein.

Respectfully submitted,

QUATTLEBAUM, GROOMS & TULL PLLC
4100 Corporate Center Drive, Suite 310
Springdale, AR 72762
Telephone: (479) 444-5200
Facsimile: (479) 444-5258
vchadick@qgtlaw.com

By: /s/ Vincent O. Chadick
    Vincent O. Chadick (OBN 15981)

*Attorney for Defendant/Third-Party Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Oklahoma, using the CM/ECF system which sent notification of such filing to the CM/ECF participants of record (which constitutes all known parties and counsel of record).

/s/ Vincent O. Chadick
Vincent O. Chadick

2