# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF OKLAHOMA

DeQUEEN AND EASTERN RAILROAD, LLC       )
              Plaintiff(s)                     )
                                             )

vs.                                                       )       Case Number:  6:22-CV-00093-KEW
                                             )

BRINK ENGINEERING SOLUTIONS, LLC       )
              Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

       I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1.  Full Name:  Noah Ples Watson

2.  State bar membership number:  Ark. Bar No. 2020251

3.  Business address, telephone and fax numbers:  QUATTLEBAUM, GROOMS & TULL PLLC

                                        111 Center St., Ste. 1900, Little Rock, AR 72201

                                        Telephone: 501-379-1700; Facsimile: 501-379-1701

4.  List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:  AR Bar No. 2020251; U.S. District Courts (Eastern and Western District of Arkansas); United States Court of Appeals for the Eighth Circuit

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes_____No___X_____

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  Yes_____No___X_____

    (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court? Yes____X____No_____

8.  Have you completed a training course for the CM/ECF application in any Court?  If yes, list where and the date of completion.  Yes_____X____No_____

    I do not remember the exact date, but it was in the fall of 2021.

DATED this  _12th_ day of  __September___, 20_22_.

_____
        Signature

**EXHIBIT 1**