UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEQUEEN AND EASTERN RAILROAD, LLC., <br><br> Plaintiff, <br><br> v. <br><br> BRINK ENGINEERING SOLUTIONS, LLC., <br><br> Defendant <br><br> BRINK ENGINEERING SOLUTIONS, LLC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> NATION CONSTRUCTION, LLC., <br><br> Third-Party Defendant. | Case No.  6:22-cv-93-KEW |

**ENTRY OF APPEARANCE**

COMES NOW, Bart Jay Robey of the law firm of CHUBBUCK, DUNCAN & ROBEY, P.C., and hereby enters his appearance as counsel on behalf of Third-Party Defendant, Nation Construction, LLC., in the above-styled and numbered case.

1

Respectfully submitted,

/s/ Bart Jay Robey
Bart Jay Robey, OBA No. 19926
CHUBBUCK, DUNCAN & ROBEY, P.C.
1329 Classen Dr.
Oklahoma City, OK 73103
Telephone: (405) 236-8282
Facsimile: (405) 236-2828
bjrobey@chubbucklaw.com
***Attorneys for Nation Construction, LLC***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 19th, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District Court of Oklahoma, using CM/ECF system which sent notification of such filing to the CM/ECF participants of record (which constitutes all known parties and counsel of record).

      /s/ Bart Jay Robey
      Bart Jay Robey