UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEQUEEN AND EASTERN RAILROAD, LLC., <br><br> Plaintiff, <br><br> v. <br><br> BRINK ENGINEERING SOLUTIONS, LLC., <br><br> Defendant <br><br> BRINK ENGINEERING SOLUTIONS, LLC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> NATION CONSTRUCTION, LLC., <br><br> Third-Party Defendant. | Case No. 6:22-cv-93-KEW |

## **ENTRY OF APPEARANCE**

COMES NOW, Eric A. Moen of the law firm of CHUBBUCK, DUNCAN & ROBEY, P.C., and hereby enters his appearance as counsel on behalf of Third-Party Defendant, Nation Construction, LLC., in the above-styled and numbered case.

1

        Respectfully submitted,


        /s/ Eric A. Moen
        Eric A. Moen, OBA No. 31155
        CHUBBUCK, DUNCAN & ROBEY, P.C.
        1329 Classen Dr.
        Oklahoma City, OK 73103
        Telephone: (405) 236-8282
        Facsimile: (405) 236-2828
        eamoen@chubbucklaw.com
        ***Attorneys for Nation Construction, LLC***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25th, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District Court of Oklahoma, using CM/ECF system which sent notification of such filing to the CM/ECF participants of record (which constitutes all known parties and counsel of record).

                                          /s/ Eric A. Moen
                                          Eric A. Moen