UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEQUEEN AND EASTERN RAILROAD, LLC., <br><br> Plaintiff, <br><br> v. <br><br> BRINK ENGINEERING SOLUTIONS, LLC., <br><br> Defendant <br><br><br> BRINK ENGINEERING SOLUTIONS, LLC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> NATION CONSTRUCTION, LLC., <br><br> Third-Party Defendant. | Case No.  6:22-cv-93-KEW |

## THIRD-PARTY DEFENDANT'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEALINES

Third-Party Defendant, Nation Construction, LLC ("Defendant"), respectfully notifies the Court, the Parties to this matter have agreed in principle to settle the above-captioned case. Counsel for the Parties are preparing and finalizing the Settlement Agreement and Dismissal. The parties intend to file the Dismissal as soon as practicable, but respectfully request thirty (30) days to file said Dismissal. Accordingly, Defendant respectfully requests the Court vacate all deadlines as set forth in the current scheduling order.

Defendant is filing this Notice and Motion with all other Parties' approval and permission.

(Signature Page to follow)

1

Respectfully submitted,

/s/ Eric A. Moen
Eric A. Moen, OBA No. 31155
CHUBBUCK, DUNCAN & ROBEY, P.C.
1329 Classen Dr.
Oklahoma City, OK 73103
Telephone: (405) 236-8282
Facsimile: (405) 236-2828
eamoen@chubbucklaw.com
***Attorneys for Nation Construction, LLC***

/s/ Cole A. Riddell
Darby V. Doan, Arkansas Bar No. 96064
Cole A. Riddell, Arkansas Bar No.2018051
HALTOM & DOAN
6500 Summerhill Rd., Suite 100
Texarkana, Texas 75503
ddoan@haltomdoan.com
***Attorneys For Plaintiff Dequeen and Eastern Railroad, LLC***

/s/ Michael Shannon
Michael Shannon, Ark. Bar No. 92186
QUATTLBAUM, GROOMS, TULL, PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
mshannon@qgtlaw.com
***Attorney For Defendant Brink Engineering Solutions, LLC***

2