UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEQUEEN AND EASTERN RAILROAD, LLC<br><br>　　　　Plaintiff<br><br>v.<br><br>BRINK ENGINEERING SOLUTIONS, LLC<br><br>　　　　Defendant | Case No. 6:22-cv-93-KEW |

\*　　　　\*　　　　\*

| | |
|---|---|
| BRINK ENGINEERING SOLUTIONS, LLC<br><br>　　　　Third-Party Plaintiff<br><br>v.<br><br>NATION CONSTRUCTION, LLC<br><br>　　　　Third-Party Defendant | Case No. 6:22-cv-93-KEW |

## **MOTION TO WITHDRAW AS COUNSEL**

Noah Watson, for his motion to withdraw as counsel, states:

1.　　Noah Watson respectfully requests that he be permitted to withdraw as counsel of record in this matter for Brink Engineering Solutions, LLC.

2.　　Noah Watson will be leaving the employment of Quattlebaum, Grooms & Tull PLLC and will have no continuing involvement in this case.

3.　　Michael Shannon and Vincent Chadick of Quattlebaum, Grooms & Tull PLLC will remain counsel of record for Brink Engineering Solutions, LLC.

4.  No party will be prejudiced by the Court's granting this motion.

WHEREFORE, Noah Watson respectfully requests that the Court enter an order permitting him to withdraw as counsel of record for Brink Engineering Solutions, LLC.

>   Noah Watson (Ark. Bar No. 2020251)
>   QUATTLEBAUM, GROOMS & TULL PLLC
>   111 Center Street, Suite 1900
>   Little Rock, Arkansas 72201
>   (501) 379-1700
>   (501) 379-1701 fax
>   nwatson@qgtlaw.com
>
>   *Attorney for Brink Engineering Solutions, LLC*