**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DEQUEEN AND EASTERN RAILROAD, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CIV-22-093-KEW<br>) |
| BRINK ENGINEERING SOLUTIONS, LLC, | )<br>)<br>) |
| Defendant/Third-Party Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| NATION CONSTRUCTION, LLC, | )<br>) |
| Third-Party Defendant, | )<br>) |

### ADMINISTRATIVE CLOSING ORDER

This Court acknowledges the filing of the Third-Party Defendant's Notice of Settlement in Principle and Motion to Vacate All Deadlines (Docket Entry #63) advising the Court that the parties have reached a settlement of this matter. The parties, however, require additional time to finalize the settlement documents. In an effort to effectively manage this Court's calendar and prevent the unnecessary expenditure of resources by the Court and the parties, this case will be administratively closed, pending the memorialization of the settlement and dismissal of the case.

IT IS THEREFORE ORDERED that the Clerk administratively close this action in her records without prejudice to the rights of the

parties to reopen the proceedings for good cause shown, for the entry of any stipulation, order, or judgment, for any other purpose required to obtain a final determination of the proceedings, or for any purpose designated in the settlement agreement between the parties. But, in any event, the parties shall submit a joint stipulation of dismissal no later than **FEBRUARY 6, 2023.**

    IT IS SO ORDERED this 6th day of January, 2023.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE