UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEQUEEN AND EASTERN RAILROAD, LLC,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**BRINK ENGINEERING SOLUTIONS, LLC,**<br><br>       **Defendant.**<br><br>*************************************<br><br>**BRINK ENGINEERING SOLUTIONS, LLC,**<br><br>       **Third-Party Plaintiff,**<br><br>v.<br><br>**NATION CONSTRUCTION, LLC**<br><br>       **Third-Party Defendant.** | Case Number: 6:22-cv-00093-KEW<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff DeQueen and Eastern Railroad, LLC ("DQE"), Defendant/Third-Party Plaintiff Brink Engineering Solutions, LLC ("Brink"), and Third-Party Defendant Nation Construction, LLC ("Nation") (collectively, the "Parties") jointly stipulate that all claims asserted by the Parties in the above-captioned case are dismissed with prejudice. The Parties also stipulate that each party shall be responsible for its own costs and fees.

**JOINT STIPULATION OF DISMISSAL – Page 1**

Respectfully submitted,

*/s/ Darby V. Doan*
Darby V. Doan (*admitted pro hac vice*)
Arkansas Bar No. 96064
Cole A. Riddell (*admitted pro hac vice*)
Arkansas Bar No. 2018051
HALTOM & DOAN
6500 Summerhill Rd., Suite 100
Texarkana, Texas 75503
Telephone (903) 255-1000
Facsimile (903) 255-0800
E-Mail: ddoan@haltomdoan.com
E-Mail: criddell@haltomdoan.com

Michael S. Linscott, OBA No. 17266
Two West 2nd Street, Suite 700
Tulsa, Oklahoma 74103-3117
Telephone: 918-591-5288
Facsimile: 918-925-5288
Email: mlinscott@dsda.com

**ATTORNEYS FOR DQE**

*/s/ Michael Shannon (w/permission)*
Michael Shannon, Ark. Bar No. 92186
QUATTLBAUM, GROOMS, TULL, PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
mshannon@qgtlaw.com

**ATTORNEY FOR BRINK**

*/s/ Bart Robey (w/permission)*
Bart Jay Robey, OBA No. 19926
Eric A. Moen, OBA No. 31155
CHUBBUCK, DUNCAN & ROBEY, P.C.
1329 Classen Dr.
Oklahoma City, OK 73103
Telephone: (405) 236-8282
Facsimile: (405) 236-2828
bjrobey@chubbucklaw.com
eamoen@chubbucklaw.com

**ATTORNEYS FOR NATION**

**JOINT STIPULATION OF DISMISSAL – Page 2**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically and served on all counsel of record, on this 6th day of February, 2023.

>	*/s/ Darby V. Doan*
>	Darby V. Doan

**JOINT STIPULATION OF DISMISSAL – Page 3**